UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

MARK FEE,                                                   Case No. 05-23562-dob
                                                                      Chapter 13 Proceeding
                  Debtor.                              Hon. Daniel S. Opperman
_____/

ORDER REGARDING DEBTOR'S MOTION FOR ORDER DETERMINING THAT
DEBTOR'S MARITIME WORKERS' COMPENSATION CLAIM IS EXEMPT

For the reasons stated in an Opinion of even date;

IT IS HEREBY ORDERED that the Debtor, Mark Fee, is allowed to amend Schedules and Statement of Financial Affairs as more fully set forth in pleadings filed with this Court on June 5, 2007;

IT IS FURTHER ORDERED that the objections to exemptions as stated by Inland Lakes Management as to the Debtor's claimed exemptions of $200,000 in the Jones Act proceeds is sustained. Counsel for Inland Lakes Management, Inc. ("ILM"), may file an administrative claim for attorneys fees, costs and expenses within thirty-five (35) days of the conclusion of the case of *Mark Fee v. Inland Lakes Management, Inc.*, Case No. 05-10188-BC, or by July 7, 2008, whichever occurs first. Any objection to the claim of ILM must be filed within thirty-five (35) days thereafter.

**Signed on February 07, 2008**

                                                                 **/s/ Daniel S. Opperman**
                                                                 **Daniel S. Opperman**
                                                                 **United States Bankruptcy Judge**

1